# United States District Court

### WESTERN DISTRICT OF WASHINGTON

PAMELA FIELDS and TYRONE FIELDS

v.

STATE OF FLORIDA, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5038RBL

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is DISMISSED WITHOUT PREJUDICE as Plaintiff Tyrone Fields must received relief by way of Habeas Corpus prior to the claims accruing.

| | |
|---|---|
| April 27, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |